IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | NO. 3:14-MJ-576-BF |
|---|---|
| v. | **FILED UNDER SEAL** |
| HONG MINH TRUONG | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Hong Minh Truong, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____   Crime of violence (18 U.S.C. §3156);

    _____   Maximum sentence life imprisonment or death

    _____   10 + year drug offense

    _____   Felony, with two prior convictions in above categories

    __X__   Serious risk defendant will flee

    _____   Serious risk obstruction of justice

    _____   Felony involving a minor victim

    _____   Felony involving a firearm, destructive device, or any other dangerous weapon

    _____   Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__  Defendant's appearance as required

   __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States **will**/will not invoke the rebuttable presumption against defendant because (check one or both):

   _____  Probable cause to believe defendant committed 10+ year drug

   offense or firearms offense, 18 U.S.C. §924(c)

   _____  Probable cause to believe defendant committed a federal crime of

   terrorism, 18 U.S.C. §2332b(g)(5)

   _____  Probable cause to believe defendant committed an offense involving

   a minor, 18 U.S.C. §§1201, 2251

   _____  Previous conviction for "eligible" offense committed while on

   pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   __X__  At first appearance

   _____  After continuance of _____ days (not more than 3).

   DATED this __28th__ day of <u>July</u>, 2014.

**Motion for Detention - Page 2**

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY


/s/ Errin Martin
ERRIN MARTIN
Assistant United States Attorney
Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8805
Errin.Martin@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 28th day of July, 2014.

/s/ Errin Martin
ERRIN MARTIN
Assistant United States Attorney